UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SHELTON<br>            Plaintiff(s)<br>    v.<br>PATRICK J. MULLIGAN and THE MULLIGAN LAW FIRM<br>            Defendant(s). | Case No. 3:15-CV-02555-JCS<br><br>STIPULATION EXTENDING DEFENDANTS' DEADLINE TO ANSWER AND/OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT |

   Pursuant to Local Rule 6-1, Defendants Patrick J. Mulligan and the Mulligan Law Firm ("Defendants") hereby file this Stipulation Extending Defendants' Deadline to Answer and/or Otherwise Respond to Plaintiff's Original Complaint, informing the Court of the Parties' agreement to extend the deadline for Defendants to answer/otherwise respond to Plaintiff's Complaint until Friday, February 19, 2016, and stating as follows:

   1.   Defendants were served on January 28, 2016, yet the return of service filed with the Court appears to indicate incorrectly that they were served on January 26, 2016.[1]  *See* ECF No. 16.

   2.   To eliminate any confusion, Defendants' counsel conferred with Plaintiff by telephone on Monday, February 15, 2016, and Plaintiff agreed to allow Defendants until Friday, February 19, 2016 to answer or otherwise respond to his Complaint.

   3.   This extension of time from February 16, 2016 to February 19, 2016 will not affect the schedule in this case or alter the date of any event or any deadline already fixed by Court order.   Consequently, in compliance with Local Rule 6-1, Defendants file this stipulation informing the Court of the parties' agreement.

Respectfully submitted,

Dated: 2/18/16

*[signature]*

Jeffrey M. Tillotson, P.C.
California Bar No. 139372
TILLOTSON LAW
750 N. St. Paul Street, Suite 610
Dallas, Texas  75201
(214) 382-3041

ATTORNEYS FOR DEFENDANTS
PATRICK J. MULLIGAN AND THE MULLIGAN LAW FIRM

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

---

[1] The handwritten date on the return of service is not clear.