UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SHELTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK J. MULLIGAN, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02555-EMC<br><br>**ORDER TO SHOW CAUSE; AND ORDER VACATING HEARING**<br><br>Docket No. 23 |

　　　　On February 19, 2016, Defendants filed and served (by mail) their motion to dismiss. Docket No. 23.  Defendants again served their motion by mail on March 4, 2016.  As Defendants served their motion by mail, Plaintiff's opposition was due on March 18, 2016.  *See* Civ. L.R. 7-3(a) (providing that an "opposition must be filed and served not more than 14 days after the motion was filed"); Fed. R. Civ. P. 6(d) (providing that, "[w]hen party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days added after the period would otherwise expire under Rule6(a)").  Plaintiff failed to file an opposition by that date.

　　　　In light of Plaintiff's failure to file an opposition, the Court shall proceed as follows. **Plaintiff is ordered to respond to Defendants' motion to dismiss and to show cause as to why his case should not be dismissed for failure to file an opposition.  Plaintiff's response to this order to show cause shall be filed and served by April 28, 2016.  If Plaintiff fails to file a response to this order to show cause by that date, the Clerk of the Court shall automatically dismiss this case, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of the Court shall also close the file in the case.**

In the meantime, the hearing on Defendants' motion to dismiss, which was set for April 18, 2016, is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: April 5, 2016

_____
EDWARD M. CHEN
United States District Judge