CARL SHELTON
1809 Prince Street, Apt. B
Berkeley, CA 94703
(510) 677-7353

**FILED**
APR 27 2016
SUSAN Y. SOONG
CLERK, U.S. DIST...
NORTHERN DISTRICT OF CALIFORNIA

In Pro Per for Plaintiff

**RECEIVED**
APR 27 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SHELTON, | Case No. 3:15-CV-0 2555 EMC |
| Plaintiff, | Voluntary Motion to Dismiss |
| Vs. | { Rule 41 (a) (1) (A) (1) } |
| PATRICK J. MULLIGAN, ESQ., AND THE MULLIGAN LAW FIRM, | |
| Defendants. | |

Comes now Carl Shelton, the Plaintiff in the above – entitled action, who files this motion to dismiss the complaint & or each of the causes of action therein contained against defendants Patrick J. Mulligan and the Mulligan Law Firm, without prejudice.

Dated: 4/21/16

Signed: Carl Shelton

IT IS SO ORDERED. The Clerk of the Court is directed
to close this case.

_____
Edward M. Chen

