UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SHELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK J. MULLIGAN, et al.,<br><br>    Defendants. | Case No. 15-cv-02555-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 36 |

   Plaintiff Carl Shelton filed the instant suit against Patrick J. Mulligan and the Mulligan Law Firm ("Defendants"). *See* Docket No. 1. On April 27, 2016, Plaintiff voluntarily dismissed his suit against Defendants. *See* Docket No. 34.

   Currently pending before the Court is Defendants' Motion to Amend this Court's order granting dismissal. *See* Docket No. 36. Plaintiff's opposition to this motion was due on June 10, 2016. No opposition has been filed.

   Accordingly, the Court hereby **VACATES** the July 7, 2016 hearing on Defendants' Motion to Amend. Plaintiff is hereby ordered to show cause as to why his complaint should not be dismissed, with prejudice, for failure to oppose and/or failure to prosecute. Plaintiff shall also address, in his response to this order to show cause, the substantive arguments raised by Defendants in their motion.

///
///
///
///
///

**Plaintiff's response shall be filed by August 1, 2016**. Plaintiff is forewarned that a failure to timely file a response to this order to show cause shall result in dismissal of his case with prejudice.

**IT IS SO ORDERED**.

Dated: June 27, 2016

_____
EDWARD M. CHEN
United States District Judge